# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132046

GARY L. BUSH, SR., Guardian of
Gary E. Bush, a Protected Person,
             Plaintiff-Appellee,

v

JOHN CHARLES HEISER, M.D., and
WEST MICHIGAN CARDIOVASCULAR
SURGEONS,
             Defendants-Appellants,

v

BEHROOZ-BRUCE SHABAHANG,
M.D., GEORGE T. SUGIYAMA, M.D.,
MASHRAF MANSOUR, M.D., and
SPECTRUM HEALTH BUTTERWORTH
CAMPUS,
             Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132046
COA: 270437
Kent CC: 06-000982-NM

On order of the Court, the application for leave to appeal the August 4, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk